GEORGE E. CORWIN, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

(Submitted April 25, 1904; decided May 3, 1904.)

Motion for reargument denied, with ten dollars costs. (See 178 N. Y. 590.)

FLORENCE S. LEEDS, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

(Submitted April 25, 1904; decided May 3, 1904.)

Motion for reargument denied, with ten dollars costs. (See 178 N. Y. 118.)

GEORGE T. JONES, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

(Submitted April 25, 1904; decided May 3, 1904.)

Motion for reargument denied, with ten dollars costs. (See 178 N. Y. 45.)

THE BLUMENBERG PRESS, Appellant, *v.* MUTUAL MERCANTILE AGENCY, Respondent.

(Submitted April 25, 1904; decided May 3, 1904.)

Motion for reargument denied, with ten dollars costs. (See 177 N. Y. 362.)